(98 South. 361)

## Frank DOSSETT v. STATE of Alabama.
### (I Div. 531.)

(Court of Appeals of Alabama. Dec. 18, 1923.)

Appealed from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Brooks & McMillian, of Mobile, for appellant.

Harwell G. Davis, Atty. Gen., for appellee.

SAMFORD, J. Reversed and remanded on authority of Vaudie Dossett v. State, ante, p. 496, 98 South. 359.